**DENIED; Opinion Filed June 26, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00340-CV**

**IN RE H.E. TRANS, INC., Relator**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09546**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Lewis

Relator, H.E. Trans, Inc., filed this petition for writ of mandamus after the trial court ordered a new trial. The facts and issues are well known to the parties so we do not recount them here. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David Lewis/
DAVID LEWIS
JUSTICE

140340F.P05